Magistrate Judge Karen L. Strombom

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

WILLIAM DALTON,

                Plaintiff,

v.

STATE OF WASHINGTON, DEPARTMENT OF CORRECTIONS; JOSEPH LEHMAN and "JANE DOE" LEHMAN, husband and wife, and the marital community composed thereof; JANE ROBINSON and "JOHN DOE" ROBINSON, wife and husband, and the marital community composed thereof; ALICE PAYNE and "JOHN DOE" PAYNE, wife and husband, and the marital community composed thereof,

                Defendants.

NO.   C04-5057 KLS

STIPULATION AND ORDER TO STAY CASE AND TRIAL SCHEDULE

The parties in this matter, Rob McKenna, Attorney General, Lisa Sutton and Marie C. Clarke, Assistant Attorneys General for the Defendants State of Washington, Department of Corrections, and Richard H. Wooster, attorney for Plaintiff William Dalton, have agreed to stay this case and the trial schedule until the U.S. Supreme Court reaches a decision in the case of <u>Garcetti et al. v. Ceballos</u>, No. 04-473.

STIPULATION AND ORDER TO STAY
CASE AND TRIAL SCHEDULE
No. C04-5057 KLS

1

ATTORNEY GENERAL OF WASHINGTON
Torts Division
629 Woodland Square Loop SE
PO Box 40126
Olympia, WA  98504-0126
(360) 459-6600

The issue to be decided in <u>Garcetti et al. v. Cebellas</u> is:

Should a public employee's purely job-related speech, expressed strictly pursuant to the duties of employment, be blanketed with First Amendment protection simply because it touches on a matter of public concern, or should First Amendment protection also require the speech to be engaged in "as a citizen", in accordance with this Court's holdings in *Pickering v. Board of Education,* 391 U.S. 563 (1968) and *Connick v. Myers, 461 U.S. 138 (1983)?*

Since Plaintiff Dalton filed his case on February 11, 2004, the U. S. Supreme Court accepted review on October 7, 2004, and heard arguments on October 12, 2005, in the <u>Garcetti</u> appeal.

Plaintiff William Dalton, a former nurse who worked at the State Department of Corrections' McNeil Island Corrections Center, filed suit alleging in part a violation of 42 U.S.C. §1983 in retaliation for reports he made to the government related to health and safety issues in the infirmary at McNeil.  One issue in <u>Dalton</u> appears to be identical to that to be decided by the United States Supreme Court in <u>Garcetti et al. v. Cebellas.</u>  The parties agree that it is in the interests of the parties and judicial economy to stay the present case until the Supreme Court's decision is rendered.  Resolution of the Supreme Court case may facilitate resolution of a central issue in this case.


/s/ Lisa L. Sutton
LISA L. SUTTON, WSBA NO. 16005
Senior Counsel
MARIE C. CLARKE, WSBA NO. 36146
Assistant Attorney General
Attorneys for Defendants


/s/ Richard H. Wooster
RICHARD H. WOOSTER, WSBA NO. 13752
Mann, Johnson, Wooster & McLaughlin, P.S.
Attorney for Plaintiff William Dalton

STIPULATION AND ORDER TO STAY
CASE AND TRIAL SCHEDULE
No. C04-5057 KLS

2

ATTORNEY GENERAL OF WASHINGTON
Torts Division
629 Woodland Square Loop SE
PO Box 40126
Olympia, WA  98504-0126
(360) 459-6600

Based on the above stipulation of the parties, it is hereby ORDERED that the trial date presently scheduled in this matter is stricken and the case will be stayed pending the decision by the U. S. Supreme Court.  The parties are directed to contact this court once the Supreme Court's decision is made so a new trial date and schedule can be ordered.

DATED this 1st day of November, 2005.

/s/ Karen L. Strombom
Karen L. Strombom
United States Magistrate Judge

STIPULATION AND ORDER TO STAY
CASE AND TRIAL SCHEDULE
No. C04-5057 KLS

3

ATTORNEY GENERAL OF WASHINGTON
Torts Division
629 Woodland Square Loop SE
PO Box 40126
Olympia, WA  98504-0126
(360) 459-6600