UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

WILLIAM DALTON,

        Plaintiff,

    v.

STATE OF WASHINGTON, DEPARTMENT OF CORRECTIONS, JOSEPH LEHMAN, JANE ROBINSON, AND ALICE PAYNE,

        Defendant.

NO. C04-5057 KLS

ORDER GRANTING DEFENDANTS SUMMARY JUDGMENT MOTION TO DISMISS

    This matter comes before the court on the summary judgment motion of the defendants to dismiss the plaintiff's claim. (Dkt. #44). The court has considered the pleadings filed in support of and in opposition to the motion and the motion to dismiss is hereby GRANTED for the reasons stated on the record in the hearing held on Wednesday, January 9, 2008.

    DATED this 9th day of January , 2008.

                                  /s/ Karen L. Strombom
                                  Karen L. Strombom
                                  U.S. Magistrate Judge