# United States District Court

WESTERN DISTRICT OF WASHINGTON

WILLIAM DALTON,
        Plaintiff,

v.

STATE OF WASHINGTON, et al,

        Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C04-5057KLS

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED the Defendants' Motion for Summary Judgment of Dismissal is GRANTED.

January 9, 2008

BRUCE RIFKIN
Clerk

s/ *Traci Whiteley*
By Traci Whiteley, Deputy Clerk