U.S. Magistrate Judge Karen L. Strombom

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| WILLIAM DALTON,<br><br>        Plaintiff,<br>    v.<br><br>JOSEPH LEHMAN; AND ALICE PAYNE,<br><br>        Defendants. | NO.  C04-5057 KLS<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, William Dalton, acting by and through Richard Wooster, and the Defendants Joseph Lehman and Alice Payne, acting by and through Robert M. McKenna, Attorney General, and Lisa Sutton, Senior Assistant Attorney General, that the above-entitled action as to all claims and all Defendants be dismissed with prejudice and without costs, this matter having been fully settled and compromised between the Plaintiff and Defendant State of Washington.

//

//

//

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
C04-5057 KLS

1

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA  98504-0126
(360) 586 6300

1

DATED this 4th day of November, 2010.

2

3

        ROBERT M. MCKENNA
        Attorney General

4

5

6

*/Lisa Sutton*

7

_____
LISA SUTTON, WSBA #16005
Assistant Attorney General
Attorneys for Defendant State of Washington

8

9

10

11

*/Richard Wooster*

12

_____
RICHARD WOOSTER, WSBA #13752
Attorneys for Plaintiff

13

14

15

16

_____

17

WILLIAM DALTON, Plaintiff

18

19

20

21

22

23

24

25

26

STIPULATION AND ORDER OF
DISMISSAL WITH PREJUDICE
C04-5057 KLS

2

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA  98504-0126
(360) 586 6300

## ORDER

THIS MATTER having come before the undersigned judge of the above-entitled Court, based on the foregoing stipulation, now, therefore,

IT IS HEREBY ORDERED That Defendants Joseph Lehman and Alice Payne shall be dismissed from the above-entitled action with prejudice and without costs or interest to any party.

DATED this 30th day of November, 2010.

*Karen L. Strombom* (signature)
Karen L. Strombom
United States Magistrate Judge

| Presented by: | Approved as to Form and Notice of Presentation Waived: |
|---|---|
| ROBERT M. MCKENNA<br>Attorney General | |
| /Lisa Sutton | /Richard Wooster |
| LISA SUTTON, WSBA #16005<br>Assistant Attorney General<br>Attorneys for Defendant | RICHARD WOOSTER, WSBA #13752<br>Attorneys for Plaintiff |

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
C04-5057 KLS

3

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA  98504-0126
(360) 586 6300

## CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2010, I caused to be electronically filed the **Stipulation and Order of Dismissal with Prejudice** document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Richard H. Wooster          RICH@MJWMLAW.com
Lisa L. Sutton              LisaS1@atg.wa.gov

                              ROBERT M. MCKENNA
                              Attorney General

                              /s/  Lisa L. Sutton
                              LISA L. SUTTON WSBA #16005
                              Senior Counsel
                              Attorneys for Defendants

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
C04-5057 KLS

4

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA  98504-0126
(360) 586 6300